**IT IS ORDERED as set forth below:**

**Date: January 9, 2020**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| JOHN DENNIS, ) | |
| ) | CASE NO. 19-54879-LRC |
| Debtor. ) | |
| ) | |
| ----------------------------------------- ) | -------------------------------------- |
| ) | |
| SPECIALIZED LOAN SERVICING LLC, ) | |
| ) | CONTESTED MATTER |
| Movant. ) | |
| vs. ) | |
| ) | |
| JOHN DENNIS, ) | |
| KATHLEEN STEIL, Trustee, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The Motion of Specialized Loan Servicing LLC, for itself, its successors and assigns ("Movant") was filed October 3, 2019, [Doc. No. 38] regarding the real property located at and commonly known as 1711 Summit Glen Lane NE, Atlanta, Georgia 30329 (the "Property") and was scheduled for hearing December 19, 2019, upon Notice of Reassignment of Hearing Movant provided to each of the above-captioned parties in interest.   No opposition to the Motion was filed of record or presented at the

hearing and Movant contends Respondents were properly served. Therefore, it is hereby

ORDERED that the 11 U.S.C. Section 362(a) automatic stay is *modified* to allow Movant to assert its rights and remedies under applicable law as to the Property, including, but not limited to, the institution and completion of foreclosure proceedings, collection of reasonable fees, and all other equitable relief; provided, however, that upon completion of any foreclosure sale, any funds in excess of the lawful amount owed to Movant under its Note and Security Deed, and to any subordinate lienholder properly entitled to receive proceeds under applicable State Law as to the Property, shall be paid to the Trustee for the benefit of the Estate. It is further

ORDERED that Movant, at its option, is permitted to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements. The entry of this Order does not absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification. It is further

ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

*/s/ Michael J. McCormick*
Michael J. McCormick, GA Bar No. 485749
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
Phone: 678-281-3918
Email: Michael.McCormick@mccalla.com

DISTRIBUTION LIST

John Dennis
1711 Summit Glen Lane NE
Atlanta, GA 30329

Howard D. Rothbloom
The Rothbloom Law Firm
309 E. Paces Ferry Road, Suite 400
Atlanta, GA 30305

Kathleen Steil
Chapter 7 Trustee
Ogier, Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA 30031